```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL TRADE FINANCE, LLC
                          Plaintiff,

v.

BAC SALES, INC. and SWISS GRILLS
INTERNATIONAL, LLC
                          Defendants.

---

Case 1:15-cv-05615-PGG
**ORDER FOR ADMISSION
PRO HAC VICE**

       The motion of William J. Better for admission Pro Hac Vice in the above captioned action is granted.

       Applicant has declared that he is a member in good standing of the bar of the state of New York and that his contact information is as follows:

> William J. Better, Esq.
> William J. Better, P.C.
> 1 Albany Avenue
> Kinderhook, New York 12106
> (518) 758-1511
> (518) 758-1227 : FAX
> williamjbetter@williamjbetterpc.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for BAC Sales, Inc. in the above entitled action;

    **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: Aug. 5, 2015

                                                      United States District / ~~Magistrate~~ Judge