UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

International Trade Finance, LLC

*(List the name(s) of the plaintiff(s)/petitioner(s).)*          1:15  Civ. __05615__          (__PGG__) (____)

- against -                                    **AFFIRMATION OF SERVICE**

BAC Sales Inc. and Swiss Grills International, LLC

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* __Jennifer Onka_____, declare under penalty of perjury that I

served a copy of the attached *(list the names of the documents you served)*: __Notice of Pretrial Conference

and Individual Rules of Practice of Judge Paul G. Gardephe, Civil Cases__

upon all other parties in this case by *(state how you served the documents, for example, hand delivery,*

*mail, overnight express)* __first-class mail_____ to the

following persons *(list the names and addresses of the people you served)*: __Bob Cohen, President, BAC Sales, Inc.,

1871 Route 9H, Hudson, NY 12534 and Andy Parry, CEO, Swiss Grills International, LLC,

15221 Barranca Parkway, Irvine, CA 92618__

on *(date you served the document(s))* __August 3, 2015_____.

__August 5, 2015_____          __/s/ Jennifer Onka_____
Dated                                  Signature
                                       347 Mt. Pleasant Avenue, Suite 300
                                       _____
                                       Address
                                       West Orange, NJ
                                       _____
                                       City, State
                                       07052
                                       _____
                                       Zip
                                       (973) 243-8600
                                       _____
                                       Telephone Number
                                       jonka@trenklawfirm.com
                                       _____
                                       E-Mail Address

*Rev. 01/2013*