```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL TRADE FINANCE, LLC,

    Plaintiff,

v.

BAC SALES, INC. and SWISS GRILLS INTERNATIONAL, LLC,

    Defendants.

Civil Action No. 1:15-cv-05615

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD AS TO COUNTERCLAIMS OF BAC SALES, INC.**

---

Plaintiff, International Trade Finance, LLC ("ITF"), by and through its undersigned counsel, and BAC Sales, Inc. ("BAC"), by and through its undersigned counsel, stipulate and agree that International Trade Finance, LLC has until October 1, 2015 to answer or otherwise plead as to the Counterclaims filed by BAC Sales, Inc.

Dated: August 21 2015
      Trenton, New Jersey

                          TRENK, DiPASQUALE,
                          DELLA FERA & SODONO, P.C.
                          *Attorneys for Plaintiff*

                          By: _____
                              Ross J. Switkes
                              Andrea Dobin
                          427 Riverview Plaza
                          Trenton, NJ 08611
                          Phone: (609) 695-6070
                          Fax: (609) 695-6071
                          Email: rswitkes@trenklawfirm.com

Dated: August 21, 2015
      Kinderhook, New York

WILLIAM J. BETTER, ESQ.
*Attorney for BAC Sales, Inc.*

By: _____
    William J. Better
    1 Albany Aveenue
    Kinderhook, New York 12106
    Phone: (518) 758-1511
    Fax: (518) 758-1227
    Email: betterlaw@berk.com

4833-6709-3799, v 1

## SO ORDERED:

_Paul Gardephe_     Aug. 26, 2015
U.S.D.J.