| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF:<br>EFFECTED (1) BY ME: Joshua Long<br>TITLE: PROCESS SERVER | LETTER, SUMMONS, AMENDED COMPLAINT, EXHIBITS, CIVIL COVER SHEET<br><br>DATE: July 29, 2015 at 11:16 am |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant: JON COHEN, PRESIDENT

BAC SALES INC

Place where served:

1871 RT 9H   HUDSON  NY  12534

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX: m   AGE: 54   HEIGHT: 5'11   WEIGHT: 230   SKIN: white   HAIR: grey   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 07/30/2015

SIGNATURE OF Joshua Long
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: ROSS J SWITKES, ESQ.
PLAINTIFF: INTERNATIONAL TRADE FINANCE LLC
DEFENDANT: BAC SALES INC, ET AL.
VENUE: DISTRICT
DOCKET: 1 15 CV 05615 PGG
COMMENT: