UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

International Trade Finance, LLC

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

1:15 Civ. 05615 ( PGG ) (____)

- against -

**AFFIRMATION OF SERVICE**

BAC Sales, Inc. and Swiss Grills International, LLC

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* Jennifer Onka, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: Request for Pre-Motion Conference

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* regular mail and e-mail to the following persons *(list the names and addresses of the people you served)*: Garry D. Silver, Esq., Sullivan & Worcester, 1633 Broadway, New York, NY 10019 and William J. Better, Esq., William J. Better, P.C., 1 Albany Avenue, Kinderhook, NY 12106

on *(date you served the document(s))* 9/17/15.

9/17/15
Dated

/s/ Jennifer Onka
Signature
Trenk, DiPasquale, et al., 347 Mt. Pleasant Ave., Ste. 300
Address
West Orange, NJ
City, State
07052
Zip
(973) 243-8600
Telephone Number
jonka@trenklawfirm.com
E-Mail Address

*Rev. 01/2013*