UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL TRADE FINANCE, LLC, | Civil Action No. 1:15-cv-05615 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| BAC SALES, INC. and SWISS GRILLS INTERNATIONAL, LLC, | |
| Defendants. | |

To:   The Clerk of the Court and all parties of record:

I am admitted, or otherwise authorized to practice in this Court, and I appear in this case as counsel for Plaintiff, International Trade Finance, LLC.

Dated: September 18, 2015
          Trenton, New Jersey

**TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.**
*Attorneys for Plaintiff*

By:  */s/ Ross J. Switkes*
        Ross J. Switkes
427 Riverview Plaza
Trenton, NJ 08611
Phone: (609) 695-6070
Fax: (609) 695-6071
Email: rswitkes@trenklawfirm.com

4822-1883-2168, v. 1