

**TRENK · DIPASQUALE**
DELLA FERA · SODONO

Ross J. Switkes
Associate
Direct 973-323-8671
rswitkes@trenklawfirm.com

427 Riverview Plaza
Trenton, New Jersey 08611

P: 609-695-6070
F: 609-695-6071

September 29, 2015

Client No. 4361-0010

**Via ECF and Facsimile**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re: International Trade Finance, LLC v. BAC Sales, Inc., et al.
    Civil Action No. 1:15-cv-05615 (PGG)

Dear Judge Gardephe:

This firm represents Plaintiff International Trade Finance, LLC ("Plaintiff") in the above-referenced matter.

Plaintiff, with consent of counsel for defendant BAC Sales Inc., hereby requests a two (2) week adjournment of the Pretrial Conference, currently scheduled for October 8, 2015 at 11:45. The reason for this request is that Plaintiff is currently engaged in settlement discussions and needs additional time to finalize the terms of the settlement.

Thank you for Your Honor's time and consideration of this matter.

Respectfully submitted,

/s/ Ross J. Switkes

Ross J. Switkes

RJS:jo
Encl.

cc: William J. Better, Esq., counsel for BAC Sales, Inc. (via e-mail)
    Gerry D. Silver, Esq., counsel for Swiss Grills International, LLC (via e-mail)

4850-4485-8665, v. 1