

**TRENK · DIPASQUALE**
DELLA FERA · SODONO

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/15
```

Ross J. Switkes
Associate
Direct 973-323-8671
rswitkes@trenklawfirm.com

427 Riverview Plaza
Trenton, New Jersey 08611

P: 609-695-6070
F: 609-695-6071

October 20, 2015

Client No. 4361-0010

**Via ECF and Facsimile (212-805-7986)**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

    Re:    International Trade Finance, LLC v. BAC Sales, Inc., et al.
            Civil Action No. 1:15-cv-05615 (PGG)
            Adjournment Request
            Hearing Date: October 22, 2015 at 10:00 a.m.

Dear Judge Gardephe:

    This firm represents Plaintiff International Trade Finance, LLC ("Plaintiff") in the above-referenced matter. This correspondence is to advise Your Honor that the Plaintiff and Defendant BAC Sales, Inc. ("BAC") have reached a settlement in principle of the parties' claims asserted against one another. Plaintiff and BAC anticipate that the parties will be able to finalize the settlement and submit the appropriate settlement documentation to this Court by November 10, 2015.

    Plaintiff intends to pursue entry of default judgment against the remaining Defendant, Swiss Grills International, LLC. A request to enter default remains pending. Docket No. 11.

    Based upon the foregoing, Plaintiff, with consent of counsel for BAC, hereby requests a three (3) week adjournment of the Pretrial Conference currently scheduled for October 22, 2015 at 10:00 a.m.

**MEMO ENDORSED**
The Application is granted. *The Conference is adjourned to November 12, 2015 at 10:00 AM*
SO ORDERED:
*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: Oct. 20, 2015

---

New Jersey ■ New York ■ Pennsylvania ■ California
trenklawfirm.com

Honorable Paul G. Gardephe
October 20, 2015
Page 2

    Thank you for Your Honor's time and consideration of this matter.

                                  Respectfully submitted,

                                  */s/ Ross J. Switkes*

                                  Ross J. Switkes

cc:    William J. Better, Esq., counsel to BAC Sales, Inc. (via e-mail)

4821-0994-1289, v. 1