```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| INTERNATIONAL TRADE FINANCE, LLC, | Civil Action No. 1:15-cv-05615 |
| Plaintiff, | **CLERK'S CERTIFICATE OF DEFAULT** |
| v. | |
| BAC SALES, INC. and SWISS GRILLS INTERNATIONAL, LLC, | |
| Defendants. | |

I, Ruby J. Krajick, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 17, 2015 with the filing of a summons and complaint. On July 21, 2015, plaintiff filed an amended complaint. A copy of the summons and amended complaint was served on defendant, Swiss Grills International, LLC ("Swiss Grills") courtesy of its counsel and authorized agent, Gerry Silver, Esq., via first-class mail. Proof of service was therefore filed on September 4, 2015, Doc #(s) 17. I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: October 26, 2015
New York, NY

Ruby J. Krajick
Clerk of Court

_____
Deputy Clerk

4820-4854-9672, v. 1

## STATEMENT OF SERVICE BY MAIL

To:  Garry D. Silver, Esq.
 Sullivan & Worcester
 1633 Broadway
 New York, NY 10019
 As attorneys for Swiss Grill International LLC

The enclosed summons and complaint are served pursuant to section 312-a of the Civil Practice Law and Rules.

To avoid being charged with the expense of service upon you, you must sign, date and complete the acknowledgement part of this form and mail or deliver one copy of the completed form to the sender within thirty (30) days from the date you receive it. You should keep a copy for your records.

If you do not complete and return the form to the sender within thirty (30) days, you (or the party on whose behalf you are being served) will be required to pay expenses incurred in serving the summons and complaint in any other manner permitted by law, and the cost of such service as permitted by law will be entered as a judgment against you.

If you have received a complaint with this statement, the return of this statement and acknowledgement does not relieve you of the necessity to answer the complaint or petition. The time to answer expires twenty (20) days after the day you mail or deliver this form to the sender.

If you are served on behalf of a corporation, unincorporated association, partnership or other entity, you must indicate under your signature your relationship to the entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

It is a crime to forge a signature or to make a false entry on this statement or on the acknowledgement.

## ACKNOWLEDGEMENT OF RECEIPT OF SUMMONS AND COMPLAINT OR SUMMONS AND NOTICE OR NOTICE OF PETITION AND PETITION

I received a summons and complaint in the above-captioned matter at Sullivan & Worcester, 1633 Broadway, New York, NY 10019.

PLEASE CHECK ONE OF THE FOLLOWING; IF 2 IS CHECKED, COMPLETE AS INDICATED:

- ☒ I am not in military service.
- ☐ I am in military service, and my rank, serial number and branch of service are as follows:

Rank:_____  Serial number:_____

Branch of Service:_____

TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

Date: __9/3/15_____ (Date this Acknowledgement is executed)

I affirm the above as true under penalty of perjury.

_____
Signature

__Gerry Silver_____
Print name

__Suss Grill International, LLC__
Name of Defendant for which acting

__Outside Counsel_____
Position with Defendant for which acting (i.e., officer, attorney, etc.)

4833-8342-9158, v. 1