UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL TRADE FINANCE, LLC,

                Plaintiff,

- against -

BAC SALES, INC. and SWISS GRILLS INTERNATIONAL, LLC,

                Defendants,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/15

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT**

15 Civ. 5615 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Upon the declaration of Ross J. Switkes, Esq., dated November 4, 2015, and Joseph P. Clark, dated November 5, 2015, and review of the Certificate of Default from the Clerk of the Court stating that no answer to the above-referenced complaint has been filed, it is

        **ORDERED** that the above-named defendant Swiss Grills International, LLC cause before a motion term of this Court, at Room 705, United States Courthouse, 40 Foley Square in the City, County, and State of New York on **November 19, 2015** at **2:30 p.m.**, or as soon thereafter as counsel may be heard, why a judgment should not be entered against defendant Swiss Grills International, LLC pursuant to Federal Rule of Civil Procedure 55; and it is further

        **ORDERED** that any response by defendant Swiss Grills International, LLC is to be served and filed by **November 16, 2015** at **5:00 p.m.** It is further

**ORDERED** that a copy of this order, together with the Plaintiff's supporting affidavit and exhibits, shall be served by overnight mail, one-day receipt requested, on defendant Swiss Grills International, LLC on or before **November 11, 2015** at **5:00 p.m.**

Dated: New York, New York
       November 9, 2015

SO ORDERED.

Paul G. Gardephe
United States District Judge