UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/15
```

INTERNATIONAL TRADE FINANCE, LLC,

    Plaintiff,

- against -

BAC SALES, INC. and SWISS GRILLS INTERNATIONAL, LLC,

    Defendants,

**ORDER**

15 Civ. 5615 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  It is hereby ORDERED that the conference in this action previously scheduled for November 12, 2015 is adjourned to **November 19, 2015 at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
   November 10, 2015

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge