UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL TRADE FINANCE, LLC

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

1:15 Civ. 05615 ( PGG ) (____)

- against -

**AFFIRMATION OF SERVICE**

BAC SALES, INC. and SWISS GRILLS INTERNATIONAL, LLC,

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* Jennifer Onka, declare under penalty of perjury that I served a copy of the attached *(list the names of the documents you served)*: Order to Show Cause for Default Judgment against Swiss Grills International, LLC entered by Judge Gardephe on 11/9/15, Clerk's Certificate of Default, Amended Complaint Summons, Statement of Service by Mail, Affidavit of Ross J. Switkes, Affidavit of Joseph P. Clark and Proposed Default Judgment

upon all other parties in this case by *(state how you served the documents, for example, hand delivery, mail, overnight express)* overnight mail to the following persons *(list the names and addresses of the people you served)*: See Service List annexed hereto

on *(date you served the document(s))* November 9, 2015.

November 11, 2015
Dated

Signature: Jennifer Onka

347 Mt. Pleasant Avenue, Suite 300
Address
West Orange, NJ
City, State
07052
Zip
(973) 243-8600
Telephone Number
jonka@trenklawfirm.com
E-Mail Address

*Rev. 01/2013*

## SERVICE LIST

Mr. Surjit Singla
Singla & Co.
Chartered Accountants & Insolvency Practitioners
Fifth Floor, Hamilton House
1 Temple Avenue
London EC4Y 0HA
United Kingdom

Swiss Grills International, LLC
ATTN: Officer, Director, Trustee or Managing or General Agent
2182 Alton Pkwy #2-4
Irvine, CA 92606

Mr. John Hartwig
Swiss Grills International, LLC
15221 Barranca Parkway
Irvine, CA 92618

Mr. Ken Warren
Warren Marketing Group
1215 Greenville Hwy
Hendersonville, NC 28792