UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTERNATIONAL TRADE FINANCE, LLC,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>BAC SALES, INC,<br><br>    Defendant and Counterclaimant<br><br>and<br><br>SWISS GRILLS INTERNATIONAL, LLC,<br><br>    Defendant. | Civil Action No. 1:15-cv-05615<br><br><br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

## STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT AND COUNTERCLAIM PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action by the Plaintiff, International Trade Finance, LLC against defendant BAC Sales, Inc. only, together with the counterclaim asserted by BAC Sales, Inc. against Plaintiff, International Trade Finance, LLC are voluntarily dismissed, with prejudice and without costs as, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| **TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C.**<br>*Attorneys for Plaintiff*<br><br>By: _____<br>Ross J. Switkes<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>Phone: (609) 695-6070<br>Email: rswitkes@trenklawfirm.com | **OFFICE OF WILLIAM J. BETTER, P.C.**<br>*Attorney for Defendant, BAC Sales, Inc.*<br><br>By: _____<br>William J. Better<br>3 Hudson St.<br>Kinderhook, NY 12106-2002<br>Phone: (518) 581-1511<br>Email: williamjbetter@williamjbetterpc.com |

4839-6775-3514, v. 1