UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL TRADE FINANCE, LLC, )
) Civil Action No. 1:15-cv-05615
)
Plaintiff and Counterclaim Defendant, )
)
v. )
)
BAC SALES, INC, ) **STIPULATION OF VOLUNTARY**
) **DISMISSAL PURSUANT TO F.R.C.P.**
Defendant and Counterclaimant ) **41(a)(1)(A)(ii)**
)
and )
)
SWISS GRILLS INTERNATIONAL, LLC, )
)
Defendant. )

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/15

**STIPULATION OF VOLUNTARY DISMISSAL OF COMPLAINT AND COUNTERCLAIM**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action by the Plaintiff, International Trade Finance, LLC against defendant BAC Sales, Inc. only, together with the counterclaim asserted by BAC Sales, Inc. against Plaintiff, International Trade Finance, LLC are voluntarily dismissed, with prejudice and without costs as, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

TRENK, DiPASQUALE,
DELLA FERA & SODONO, P.C.
*Attorneys for Plaintiff*

By: _____
Ross J. Switkes
427 Riverview Plaza
Trenton, NJ 08611
Phone: (609) 695-6070
Email: rswitkes@trenklawfirm.com

OFFICE OF WILLIAM J. BETTER, P.C.
*Attorney for Defendant, BAC Sales, Inc.*

By: _____
William J. Better
3 Hudson St.
Kinderhook, NY 12106-2002
Phone: (518) 581-1511
Email: williamjbetter@williamjbetterpc.com

As to Defendant BAC Sales, Inc. only.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: Nov. 18, 2015

4839-6775-3514, v. 1