UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTERNATIONAL TRADE FINANCE, LLC,

        Plaintiff,

- against -

BAC SALES, INC. and SWISS GRILLS INTERNATIONAL, LLC,

        Defendants,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/15

**DEFAULT JUDGMENT**

15 Civ. 5615 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        This action having been commenced on July 17, 2015, by the filing of a summons and complaint, and Plaintiff having filed an Amended Complaint on July 21, 2015, and a copy of the Summons and Amended Complaint having been served on Defendant Swiss Grills International, LLC on August 12, 2015, through service on its counsel, who had agreed to accept such service, and proof of service having been filed on September 3, 2015, and Defendant Swiss Grills International, LLC not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired; it is

        **ORDERED, ADJUDGED AND DECREED**: That Plaintiff have judgment against Defendant Swiss Grills International, LLC in the liquidated amount of $232,668.24, plus costs and disbursements of this action in the amount of $30,386.03, amounting in all to $263,054.27.

Dated: New York, New York
       November 23, 2015

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge